UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BALDRIDGE, JEFFREY S § Case No. 08-35762
BALDRIDGE, KELLY J §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $280,055.46 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $7,049.44 | Claims Discharged Without Payment: $87,798.37 |
| Total Expenses of Administration: $3,557.49 | |

3) Total gross receipts of $ 10,606.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,606.93 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 1,746.94 | 3,557.49 | 3,557.49 | 3,557.49 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 78,874.00 | 58,831.81 | 58,831.81 | 7,049.44 |
| TOTAL DISBURSEMENTS | $80,620.94 | $62,389.30 | $62,389.30 | $10,606.93 |

4) This case was originally filed under Chapter 7 on December 31, 2008. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit 8. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as Exhibit 9.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2010      By: /s/CHARLES J. MYLER
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Federal Tax Refund | 1224-000 | 10,604.00 |
| Interest Income | 1270-000 | 2.93 |
| **TOTAL GROSS RECEIPTS** | | **$10,606.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,810.55 | 1,810.55 | 1,810.55 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 1,737.50 | 1,737.50 | 1,737.50 |
| Charles J. Myler | 2200-000 | N/A | 9.44 | 9.44 | 9.44 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,557.49 | 3,557.49 | 3,557.49 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roundup Funding, LLC | 7100-000 | N/A | 764.15 | 764.15 | 91.56 |
| TARGET NATIONAL BANK | 7100-000 | N/A | 9,213.78 | 9,213.78 | 1,104.03 |
| CHASE BANK USA | 7100-000 | 9,929.00 | 9,929.31 | 9,929.31 | 1,189.77 |

UST Form 101-7-TDR (9/1/2009)

| Creditor | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---:|---:|---:|---:|
| DISCOVER BANK | 7100-000 | 2,057.00 | 2,130.46 | 2,130.46 | 255.28 |
| Chase Bank USA, N.A | 7100-000 | N/A | 1,090.59 | 1,090.59 | 130.68 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 9,138.00 | 1,386.72 | 1,386.72 | 166.16 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 3,200.00 | 3,738.89 | 3,738.89 | 448.01 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 9,302.38 | 9,302.38 | 1,114.64 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 3,160.08 | 3,160.08 | 378.65 |
| American Express Bank FSB | 7100-000 | 928.00 | 911.03 | 911.03 | 109.16 |
| American Express Centurion Bank | 7100-000 | 5,769.00 | 5,673.36 | 5,673.36 | 679.80 |
| American Express Centurion Bank | 7100-000 | 4,166.00 | 3,896.97 | 3,896.97 | 466.95 |
| Recovery Management Systems Corporation | 7100-000 | 7,671.00 | 853.23 | 853.23 | 102.24 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 6,780.86 | 6,780.86 | 812.51 |
| Kohls | 7100-000 | 1,090.00 | N/A | N/A | 0.00 |
| Capital 1 Bank | 7100-000 | 19,637.00 | N/A | N/A | 0.00 |
| Nicor Gas | 7100-000 | 154.00 | N/A | N/A | 0.00 |
| Tnb-visa | 7100-000 | 9,262.00 | N/A | N/A | 0.00 |
| Victoria's Secret | 7100-000 | 749.00 | N/A | N/A | 0.00 |
| Sears/cbsd | 7100-000 | 1,386.00 | N/A | N/A | 0.00 |
| Sears/cbsd | 7100-000 | 3,738.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 78,874.00 | 58,831.81 | 58,831.81 | 7,049.44 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-35762 | | Trustee: | (330510) | CHARLES J. MYLER |
| Case Name: | BALDRIDGE, JEFFREY S | | Filed (f) or Converted (c): | 12/31/08 (f) | |
| | BALDRIDGE, KELLY J | | §341(a) Meeting Date: | 01/26/09 | |
| Period Ending: 01/11/10 | | | Claims Bar Date: | 06/15/09 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family home 226 Woodland Park Circle, Gil | 250,000.00 | 250,000.00 | DA | 0.00 | FA |
| 2 | Checking account First Federal Bank Elgin, Illin | 100.00 | 100.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household furnishings | 500.00 | 500.00 | DA | 0.00 | FA |
| 4 | wearing apparel | 400.00 | 400.00 | DA | 0.00 | FA |
| 5 | two gold rings | 200.00 | 200.00 | DA | 0.00 | FA |
| 6 | 2006 Acura MDX - 20,000 miles | 16,400.00 | 16,400.00 | DA | 0.00 | FA |
| 7 | 2002 Dodge Grand Caravan - 80,000 miles | 2,400.00 | 2,400.00 | DA | 0.00 | FA |
| 8 | 1968 Pontiac Firebird, over 100,000 miles, needs | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 10 | Savings account # 355501002 First Federal Saving | 55.46 | 55.46 | DA | 0.00 | FA |
| 26 | Federal Tax Refund (u) | 10,604.00 | 10,604.00 | | 10,604.00 | FA |
| int | INTEREST (u) | Unknown | N/A | | 2.93 | FA |
| 11 | Assets   Totals (Excluding unknown values) | $290,659.46 | $290,659.46 | | $10,606.93 | $0.00 |

**Major Activities Affecting Case Closing:**

Distribution made 12/3/09

Initial Projected Date Of Final Report (TFR):   September 30, 2009     Current Projected Date Of Final Report (TFR):   November 13, 2009 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-35762 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | BALDRIDGE, JEFFREY S | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BALDRIDGE, KELLY J | | Account: | ***-*****46-65 - Money Market Account |
| Taxpayer ID #: | 54-6817923 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/11/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/17/09 | {26} | US Treasury | Federal Tax Refund | 1224-000 | 10,604.00 | | 10,604.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 10,604.14 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,604.55 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 10,605.01 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,605.45 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,605.89 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,606.32 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,606.75 |
| 11/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.18 | | 10,606.93 |
| 11/13/09 | | To Account #********4666 | Transfer to checking | 9999-000 | | 10,606.93 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,606.93 | 10,606.93 | $0.00 |
| Less: Bank Transfers | | 0.00 | 10,606.93 | |
| Subtotal | | 10,606.93 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $10,606.93 | $0.00 | |

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-35762 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | BALDRIDGE, JEFFREY S | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BALDRIDGE, KELLY J | | Account: | ***-*****46-66 - Checking Account |
| Taxpayer ID #: | 54-5817923 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/11/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/13/09 | | From Account #********4665 | Transfer to checking | 9999-000 | 10,606.93 | | 10,606.93 |
| 11/13/09 | 101 | CHARLES J. MYLER | Trustee fee | 2100-000 | | 1,810.55 | 8,796.38 |
| 11/13/09 | 102 | Charles J. Myler | Trustee expenses | 2200-000 | | 9.44 | 8,786.94 |
| 11/13/09 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fee | 3110-000 | | 1,737.50 | 7,049.44 |
| 11/13/09 | 104 | Roundup Funding, LLC | Acct. #xxxx8675 Voided on 11/13/09 | 7100-003 | | 91.57 | 6,957.87 |
| 11/13/09 | 104 | Roundup Funding, LLC | Acct. #xxxx8675 Voided: check issued on 11/13/09 | 7100-003 | | -91.57 | 7,049.44 |
| 11/13/09 | 105 | TARGET NATIONAL BANK | Acct. #xxxx1930 Voided on 11/13/09 | 7100-003 | | 1,104.01 | 5,945.43 |
| 11/13/09 | 105 | TARGET NATIONAL BANK | Acct. #xxxx1930 Voided: check issued on 11/13/09 | 7100-003 | | -1,104.01 | 7,049.44 |
| 11/13/09 | 106 | CHASE BANK USA | Ref # 414720201489 Voided on 11/13/09 | 7100-003 | | 1,189.73 | 5,859.71 |
| 11/13/09 | 106 | CHASE BANK USA | Ref # 414720201489 Voided: check issued on 11/13/09 | 7100-003 | | -1,189.73 | 7,049.44 |
| 11/13/09 | 107 | DISCOVER BANK | Ref # 601129881520 Voided on 11/13/09 | 7100-003 | | 255.27 | 6,794.17 |
| 11/13/09 | 107 | DISCOVER BANK | Ref # 601129881520 Voided: check issued on 11/13/09 | 7100-003 | | -255.27 | 7,049.44 |
| 11/13/09 | 108 | Chase Bank USA,N.A | Acct. #xxxx2954 Voided on 11/13/09 | 7100-003 | | 130.67 | 6,918.77 |
| 11/13/09 | 108 | Chase Bank USA,N.A | Acct. #xxxx2954 Voided: check issued on 11/13/09 | 7100-003 | | -130.67 | 7,049.44 |
| 11/13/09 | 109 | PYOD LLC its successors and assigns as assignee of | Ref # 542418104429 Voided on 11/13/09 | 7100-003 | | 166.16 | 6,883.28 |
| 11/13/09 | 109 | PYOD LLC its successors and assigns as assignee of | Ref # 542418104429 Voided: check issued on 11/13/09 | 7100-003 | | -166.16 | 7,049.44 |
| 11/13/09 | 110 | PYOD LLC its successors and assigns as assignee of | Ref # 6035320076777026 Voided on 11/13/09 | 7100-003 | | 448.00 | 6,601.44 |
| 11/13/09 | 110 | PYOD LLC its successors and assigns as assignee of | Ref # 6035320076777026 Voided: check issued on 11/13/09 | 7100-003 | | -448.00 | 7,049.44 |
| 11/13/09 | 111 | PYOD LLC its successors and assigns as assignee of | Acct. #xxxx5595 Voided on 11/13/09 | 7100-003 | | 1,114.61 | 5,934.83 |
| 11/13/09 | 111 | PYOD LLC its successors and assigns as assignee of | Acct. #xxxx5595 Voided: check issued on 11/13/09 | 7100-003 | | -1,114.61 | 7,049.44 |
| 11/13/09 | 112 | PYOD LLC its successors and assigns as assignee of | Acct. #xxxx7026 Voided on 11/13/09 | 7100-003 | | 378.64 | 6,670.80 |
| 11/13/09 | 112 | PYOD LLC its successors and | Acct. #xxxx7026 | 7100-003 | | -378.64 | 7,049.44 |

Subtotals: $10,606.93 $3,557.49

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-35762 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | BALDRIDGE, JEFFREY S | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BALDRIDGE, KELLY J | | Account: | ***-*****46-66 - Checking Account |
| Taxpayer ID #: | 54-6817923 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/11/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | assigns as assignee of | Voided: check issued on 11/13/09 | | | | |
| 11/13/09 | 113 | American Express Bank FSB | Ref # 3499910849204533 Voided on 11/13/09 | 7100-003 | | 109.16 | 6,940.28 |
| 11/13/09 | 113 | American Express Bank FSB | Ref # 3499910849204533 Voided: check issued on 11/13/09 | 7100-003 | | -109.16 | 7,049.44 |
| 11/13/09 | 114 | American Express Centurion Bank | Ref # 3499911509382803 Voided on 11/13/09 | 7100-003 | | 679.78 | 6,369.66 |
| 11/13/09 | 114 | American Express Centurion Bank | Ref # 3499911509382803 Voided: check issued on 11/13/09 | 7100-003 | | -679.78 | 7,049.44 |
| 11/13/09 | 115 | American Express Centurion Bank | Ref # 3499913339513413 Voided on 11/13/09 | 7100-003 | | 466.94 | 6,582.50 |
| 11/13/09 | 115 | American Express Centurion Bank | Ref # 3499913339513413 Voided: check issued on 11/13/09 | 7100-003 | | -466.94 | 7,049.44 |
| 11/13/09 | 116 | Recovery Management Systems Corporation | Ref # 546680130798 Voided on 11/13/09 | 7100-003 | | 102.23 | 6,947.21 |
| 11/13/09 | 116 | Recovery Management Systems Corporation | Ref # 546680130798 Voided: check issued on 11/13/09 | 7100-003 | | -102.23 | 7,049.44 |
| 11/13/09 | 117 | Roundup Funding, LLC | Dividend paid 11.98% on $764.15; Claim# 1; Filed: $764.15; Reference: | 7100-000 | | 91.56 | 6,957.88 |
| 11/13/09 | 118 | TARGET NATIONAL BANK | Dividend paid 11.98% on $9,213.78; Claim# 2; Filed: $9,213.78; Reference: | 7100-000 | | 1,104.03 | 5,853.85 |
| 11/13/09 | 119 | CHASE BANK USA | Dividend paid 11.98% on $9,929.31; Claim# 3; Filed: $9,929.31; Reference: 414720201489 | 7100-000 | | 1,189.77 | 4,664.08 |
| 11/13/09 | 120 | DISCOVER BANK | Dividend paid 11.98% on $2,130.46; Claim# 4; Filed: $2,130.46; Reference: 601129881520 | 7100-000 | | 255.28 | 4,408.80 |
| 11/13/09 | 121 | Chase Bank USA,N.A | Dividend paid 11.98% on $1,090.59; Claim# 5; Filed: $1,090.59; Reference: | 7100-000 | | 130.68 | 4,278.12 |
| 11/13/09 | 122 | PYOD LLC its successors and assigns as assignee of | Dividend paid 11.98% on $1,386.72; Claim# 6; Filed: $1,386.72; Reference: 542418104429 | 7100-000 | | 166.16 | 4,111.96 |
| 11/13/09 | 123 | PYOD LLC its successors and assigns as assignee of | Dividend paid 11.98% on $3,738.89; Claim# 7; Filed: $3,738.89; Reference: 6035320076777026 | 7100-000 | | 448.01 | 3,663.95 |
| 11/13/09 | 124 | PYOD LLC its successors and assigns as assignee of | Dividend paid 11.98% on $9,302.38; Claim# 8; Filed: $9,302.38; Reference: | 7100-000 | | 1,114.64 | 2,549.31 |
| 11/13/09 | 125 | PYOD LLC its successors and assigns as assignee of | Dividend paid 11.98% on $3,160.08; Claim# 9; Filed: $3,160.08; Reference: | 7100-000 | | 378.65 | 2,170.66 |
| 11/13/09 | 126 | American Express Bank FSB | Dividend paid 11.98% on $911.03; Claim# 10; Filed: $911.03; Reference: 3499910849204533 | 7100-000 | | 109.16 | 2,061.50 |

Subtotals: $0.00    $4,987.94

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

Case Number: 08-35762
Case Name: BALDRIDGE, JEFFREY S
BALDRIDGE, KELLY J
Taxpayer ID #: 54-6817923
Period Ending: 01/11/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: \*\*\*-\*\*\*\*\*46-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/09 | 127 | American Express Centurion Bank | Dividend paid 11.98% on $5,673.36; Claim# 11; Filed: $5,673.36; Reference: 3499911509382803 | 7100-000 | | 679.80 | 1,381.70 |
| 11/13/09 | 128 | American Express Centurion Bank | Dividend paid 11.98% on $3,896.97; Claim# 12; Filed: $3,896.97; Reference: 3499913339513413 | 7100-000 | | 466.95 | 914.75 |
| 11/13/09 | 129 | Recovery Management Systems Corporation | Dividend paid 11.98% on $853.23; Claim# 13; Filed: $853.23; Reference: 546680130798 | 7100-000 | | 102.24 | 812.51 |
| 11/13/09 | 130 | Recovery Management Systems Corporation | Dividend paid 11.98% on $6,780.86; Claim# 14; Filed: $6,780.86; Reference: | 7100-000 | | 812.51 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 10,606.93 | 10,606.93 | $0.00 |
| Less: Bank Transfers | 10,606.93 | 0.00 | |
| Subtotal | 0.00 | 10,606.93 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $10,606.93 | |

Net Receipts: 10,606.93
Net Estate: $10,606.93

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*46-65 | 10,606.93 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*46-66 | 0.00 | 10,606.93 | 0.00 |
| | $10,606.93 | $10,606.93 | $0.00 |